## MISSOURI STATE LIFE INS. CO. v. WESTERVELT.

No. 16100—Opinion Filed Oct. 26, 1926.

Error from District Court, Oklahoma County; William H. Zwick, Judge.

Action by Nona V. Westervelt against the Missouri State Life Insurance Company, a corporation, on two life insurance policies. Judgment for plaintiff, and defendant appeals. Affirmed.

Keaton, Wells & Johnston and Jourdan & English, for plaintiff in error.

Ross & Thurman, John F. Butler, and Leon S. Hirsh, for defendant in error.

Opinion by THREADGILL, C. The above cause involves a similar state of facts as the case of Missouri State Life Insurance Company, a Corporation, v. Mary I. Westervelt, No. 16099, opinion handed down Oct. 19, 1926, 120 Okla. 24, 250 Pac. 113, and the holding in that case is applicable to this case.

The judgment of the trial court therefore is affirmed.

By the Court: It is so ordered.